# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MILLCREEK TOWNSHIP SCHOOL DISTRICT, | : | No. 276 WAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| ERIE COUNTY BOARD OF ASSESSMENT APPEALS, | : | |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| WEGMANS FOOD MARKETS, INC., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.